IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FARM BUREAU GENERAL**
**INS. CO OF MICHIGAN,**

        Plaintiff        Civil Action 2:20-cv-2523
v.        Judge Edmund A. Sargus, Jr.
       Magistrate Judge Kimberly A. Jolson

**SCHNEIDER NATIONAL**
**CARRIERS, INC., et al,**

        **Defendants.**

---

**GREGORY P. CASSELS, et al.,**

        **Plaintiffs,**
v.        Civil Action 2:21-cv-191
       Judge Edmund A. Sargus, Jr.
       Magistrate Judge Kimberly A. Jolson

**SCHNEIDER NATIONAL**
**CARRIERS INC., et al.,**

        **Defendants.**

## ORDER

The parties came before the Court for a discovery conference on deficient discovery responses. (*See* 2:20-cv-2523, Doc. 48). Gregory P. Cassels and Olga Cassels have agreed to produce the vast majority of what is at issue in the Motion to Compel by **May 2, 2022**. Additionally, the Cassels shall make every effort to produce the remainder of the outstanding discovery expeditiously. Given this disposition, the Motion is **DENIED without prejudice as moot.**

Further, the case deadlines are **EXTENDED** as follows: Primary Expert due by 7/26/2022; Rebuttal Expert due by 9/23/2022; Discovery due by 10/21/2022; Dispositive Motions

2

due by 12/15/2022. Additionally, this consolidated matter is referred to a mediation in November 2022.

    IT IS SO ORDERED.


Date: April 28, 2022                                        /s/ Kimberly A. Jolson
                                                                        KIMBERLY A. JOLSON
                                                                        UNITED STATES MAGISTRATE JUDGE